**STIP**
DAYLE ELIESON
United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
Nevada State Bar Number 14040
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6179 / Fax: (702) 388-6418
Lisa.Cartier-Giroux@usdoj.gov

Attorney for the United States

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-mj-00107-VCF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **PRELIMINARY HEARING** |
| | ) | |
| SAFIYYAH CHRISTOPHER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | **(Sixth Request)** |
| | ) | |

IT IS HEREBY STIPULATED and AGREED by and between the United States of America, by and through LISA C. CARTIER GIROUX, Assistant United States Attorney, and Defendant SAFIYYAH CHRISTOPHER, by and through her counsel, YI LIN ZHENG, ESQ, and that the preliminary hearing currently set for February 20, 2018 at 4:00 p.m., be vacated and set to a date and time convenient to this court, but no event earlier than June 15, 2018.

This Stipulation is entered into for the following reasons:

1. The parties wish to have sufficient time to negotiate a possible resolution to this matter pre-indictment.

2. Defendant and defense counsel need additional time to review the discovery that has been provided.

-1-

3. The defendant is not incarcerated, and does not object to the continuance.

4. This is the sixth stipulation to continue filed herein.

Dated this 15th day of February, 2018.

| /s/ Lisa C. Cartier Giroux | /s/YI LIN ZENG |
|---|---|
| LISA CARTIER GIROUX | YI LIN ZHENG, ESQ. |
| *Assistant United States Attorney* | *Attorney for Safiyyah Christopher* |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-mj-00107-VCF |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| SAFIYYAH CHRISTOPHER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the preliminary hearing currently scheduled for February 20, 2018 at 4:00 p.m., be vacated and continued to June 18, 2018 at the hour of 4:00 PM.

Dated this 15th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE