DAYLE ELIESON
United States Attorney
District of Nevada
NADIA J. AHMED
ALEXANDRA M. MICHAEL
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
nadia.ahmed@usdoj.gov
alexandra.m.michael@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAFIYYAH CHRISTOPHER,<br><br>　　　　　Defendant. | 2:17-MJ-00107-VCF<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>**(Eighth Request)** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and NADIA AHMED and ALEXANDRA MICHAEL, Assistant United States Attorneys, counsel for the United States of America, and Yi Lin Zheng, Esq., counsel for Defendant SAFIYYAH CHRISTOPHER, that the preliminary hearing date in the above-captioned matter, currently scheduled for August 2, 2018, at 4:00 p.m., be vacated and continued for forty-five (45) days, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. The defendant is out of the jurisdiction and her counsel will need additional time to prepare with the defendant for the preliminary hearing.

2. Counsel for the Government also needs additional time to prepare for the preliminary hearing.

3. Additionally, the parties are in negotiations to resolve the matter pre indictment.

4. The defendant is not in custody and does not oppose the continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. This is the eighth request for a continuance filed herein.

**DATED** this 31st day of July, 2018.

Respectfully submitted,

DAYLE ELISON
United State Attorney

| */s/ Nadia J. Ahmed* | */s/ Yi Lin Zheng* |
|---|---|
| NADIA J. AHMED | YI LIN ZHENG |
| Assistant United States Attorney | Counsel for Defendant |
| Counsel for the United States | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SAFIYYAH CHRISTOPHER,

    Defendant.

2:17-MJ-00107-VCF

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is out of the jurisdiction and her counsel will need additional time to prepare with the defendant for the preliminary hearing.

2. Counsel for the Government also needs additional time to prepare for the preliminary hearing.

3. Additionally, the parties are in negotiations to resolve the matter pre indictment.

4. The defendant is not in custody and does not oppose the continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. This is the eighth request for a continuance filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny Defendant Christopher to potentially resolve the case pre-indictment, and if the case is not resolved pre-indictment, it further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing and for the government to have continuity of counsel, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendants' consent, pursuant to Federal Rules of Procedure 5.1(d).

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for August 2, 2018, at the hour of 4:00 p.m., be vacated and continued to September 17, 2018 _____ at the hour of 4:00 pm.

DATED 31st day of July, 2018.

_____
CAM FERENBACH
United States Magistrate Judge