DAYLE ELIESON
United States Attorney
District of Nevada
NADIA J. AHMED
ALEXANDRA M. MICHAEL
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
nadia.ahmed@usdoj.gov
alexandra.m.michael@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAFIYYAH CHRISTOPHER,<br><br>Defendant. | 2:17-MJ-00107-VCF<br><br>**STIPULATION TO CONTINUE HEARING RE REVOCATION OF PRETRIAL RELEASE**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and NADIA AHMED and ALEXANDRA MICHAEL, Assistant United States Attorneys, counsel for the United States of America, and Yi Lin Zheng, Esq., counsel for Defendant SAFIYYAH CHRISTOPHER, that the revocation hearing date in the above-captioned matter, currently scheduled for August 7, 2018, at 9:00 p.m., be vacated and continued for thirty (30) days, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. The defendant is out of the jurisdiction and needs additional time to coordinate travel taking into consideration her work schedule and child care obligations.

2. Additionally counsel for the defense and the government will need additional to prepare for the hearing.

3. Additionally, the parties are in negotiations to resolve the matter that may obviate the need for the revocation hearing.

4. The defendant is not in custody and does not oppose the continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. This is the first request for a continuance filed herein.

**DATED** this 31st day of July, 2018.

Respectfully submitted,

DAYLE ELISON
United State Attorney


   */s/ Nadia J. Ahmed*                          */s/ Yi Lin Zheng*
NADIA J. AHMED                             YI LIN ZHENG
Assistant United States Attorney           Counsel for Defendant
Counsel for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAFIYYAH CHRISTOPHER,<br><br>　　　　Defendant. | 2:17-MJ-00107-VCF<br><br>**ORDER** |

　　　Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

　　　1.　　The defendant is out of the jurisdiction and needs additional time to coordinate travel taking into consideration her work schedule and child care obligations.

　　　2.　　Additionally counsel for the defense and the government will need additional to prepare for the hearing.

　　　3.　　Additionally, the parties are in negotiations to resolve the matter that may obviate the need for the revocation hearing.

　　　4.　　The defendant is not in custody and does not oppose the continuance.

　　　5.　　Denial of this request for continuance could result in a miscarriage of justice.

　　　6.　　This is the first request for a continuance filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the hearing re revocation of pretrial release.

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny Defendant Christopher to potentially resolve the matter without need for a hearing, and if the matter is not resolved, it further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the revocation hearing, taking into account the exercise of due diligence.

### ORDER

IT IS THEREFORE ORDERED that the hearing re revocation of pretrial release currently scheduled for August 7, 2018, at the hour of 9:00 am, be vacated and continued to September 13, 2018 at the hour of 9:00 a.m.

DATED August 2, 2018

_____
CARL W. HOFFMAN
United States Magistrate Judge