DAYLE ELIESON
United States Attorney
District of Nevada
NADIA J. AHMED
ALEXANDRA M. MICHAEL
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
nadia.ahmed@usdoj.gov
alexandra.m.michael@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:17-MJ-00107-VCF |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE PRELIMINARY HEARING** (Ninth Request) |
| SAFIYYAH CHRISTOPHER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and NADIA AHMED and ALEXANDRA MICHAEL, Assistant United States Attorneys, counsel for the United States of America, and Yi Lin Zheng, Esq., counsel for Defendant SAFIYYAH CHRISTOPHER, that the preliminary hearing date in the above-captioned matter, currently scheduled for September 17, 2018, at 4:00 p.m., be vacated and continued for thirty (30) days, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. The defendant was arrested and detained in Oregon on August 8, 2018, and began the process of being transferred back to Las Vegas in order to appear before United States Magistrate Judge Hoffman for final pretrial release revocation proceedings in this case.

2. Said hearing before Judge Hoffman was continued by the Court from September 13, 2018 to October 3, 2018 in order to allow time for the defendant to be transferred from Oregon.

3. The parties request continuance of the preliminary hearing date herein to allow the defendant time to be transported to the District of Nevada. The parties do not anticipate that she will be in the district on the current preliminary hearing date. Additionally, the parties will need additional time once the defendant arrives in the district to prepare for the preliminary hearing.

4. Additionally, the parties are in negotiations to resolve the matter pre indictment.

5. Denial of this request for continuance could result in a miscarriage of justice.

///

///

///

///

///

6. This is the ninth request for a continuance filed herein.

**DATED** this 11th day of September, 2018.

Respectfully submitted,

DAYLE ELISON
United State Attorney

| */s/ Nadia J. Ahmed* | */s/ Yi Lin Zheng* |
|---|---|
| NADIA J. AHMED | YI LIN ZHENG |
| Assistant United States Attorney | Counsel for Defendant |
| Counsel for the United States | |

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:17-MJ-00107-VCF |
| v. | **ORDER** |
| SAFIYYAH CHRISTOPHER, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant was arrested and detained in Oregon on August 8, 2018, and began the process of being transferred back to Las Vegas in order to appear before United States Magistrate Judge Hoffman for final pretrial release revocation proceedings in this case.

2. Said hearing before Judge Hoffman was continued by the Court from September 13, 2018 to October 3, 2018 in order to allow time for the defendant to be transferred from Oregon.

3. The parties request continuance of the preliminary hearing date herein to allow the defendant time to be transported to the District of Nevada. The parties do not anticipate that she will be in the district on the current preliminary hearing date. Additionally, the parties will need additional time once the defendant arrives in the district to prepare for the preliminary hearing.

4. Additionally, the parties are in negotiations to resolve the matter pre indictment.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. This is the ninth request for a continuance filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny Defendant Christopher to potentially resolve the case pre-indictment, and if the case is not resolved pre-indictment, it further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing and for the government to have continuity of counsel, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendants' consent, pursuant to Federal Rules of Procedure 5.1(d).

///

///

///

///

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for September 17, 2018, at the hour of 4:00 p.m., be vacated and continued to 10-17-18 at the hour of 4:00 pm.

DATED 12th day of September, 2018.

_____
CAM FERENBACH
United States Magistrate Judge