# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:17-MJ-00107-VCF |
| v. | **ORDER** |
| SAFIYYAH CHRISTOPHER, | 2:18-cr-00323-JAD-GWF-1 |
| Defendant. | |

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD
OCT - 9 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
___ DEPUTY

Based on the pending Stipulation of counsel, and good cause appearing:

IT IS THEREFORE ORDERED that the hearing regarding conditions of pretrial release currently scheduled for October 10, 2018, at the hour of 3:30 p.m., be vacated and that the Defendant be released on her current conditions of pretrial release with the added condition that she temporarily reside at the Las Vegas Community Corrections Center until the Pretrial Services Office has verified and approved her transportation and residence in the District of Oregon and other relevant conditions of supervision.

DATED 10th day of Oct, 2018.

_____
CARL W. HOFFMAN
United States Magistrate Judge

4

DAYLE ELIESON
United States Attorney
District of Nevada
NADIA J. AHMED
ALEXANDRA M. MICHAEL
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
nadia.ahmed@usdoj.gov
alexandra.m.michael@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:17-MJ-00107-VCF |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO VACATE HEARING AND TO MAINTAIN RESIDENCE AT THE LAS VEGAS COMMUNITY CORRECTIONS CENTER PENDING VERIFICATION BY PRETRIAL SERVICES |
| SAFIYYAH CHRISTOPHER, | |
| Defendant. | |
| | (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and NADIA AHMED and ALEXANDRA MICHAEL, Assistant United States Attorneys, counsel for the United States of America, and Yi Lin Zheng, Esq., counsel for Defendant SAFIYYAH CHRISTOPHER, to jointly request that the hearing on pretrial release conditions set for October 10, 2018, be vacated and that a condition of release be imposed requiring residence at the Las Vegas Community Corrections Center until the

United States Pretrial Services Office verifies and approves Ms. Christopher's residence, employment, and other related conditions of release on supervision.

This stipulation is entered into for the following reasons:

1. On October 9, 2018, the defendant appeared before United States Magistrate Judge Hoffman on her final revocation of pretrial release hearing. During this hearing the Court determined that she had violated her conditions of pretrial release but continued her on pretrial supervision. The Court temporarily detained the defendant and set a hearing on October 10, 2018, to allow the United States Pretrial Services Office to verify and approve her transportation back to Oregon, her residence there, and other relevant conditions. ECF No. 87.

2. Pretrial Services here and in the District of Oregon require additional time to review, verify and approve transportation, housing, the status of the defendant's state case in Oregon, and determine other necessary conditions of supervision to address the defendant's prior violations.

3. The parties thus jointly request that the Court vacate the hearing scheduled for October 10, 2018 at 3:30 pm and impose a condition of supervision in addition to her current conditions that she be temporarily housed in the Las Vegas Community Corrections Center (Halfway House) until the United States Pretrial Services Office has been able to address and resolve the above issues and conditions.

4. The parties additionally request this temporary residence condition because they anticipate that the Defendant shall be required to attend court matters in this case in short order and therefore releasing her and ordering her to return to

Oregon immediately would create additional burdens for the Defendant and possibly time delay in resolving this matter. Thus, adding the condition that the defendant reside in the Las Vegas Community Corrections Center pending Pretrial Services' approval of residence and transportation allows the Defendant to reside in Las Vegas and attend hearings in this case here before returning to Oregon.

5. The defendant is in custody and does not oppose this request.

6. This is the first such request contained herein.

**DATED** this 10th day of October, 2018.

Respectfully submitted,

DAYLE ELISON
United State Attorney

| /s/ Nadia J. Ahmed | /s/ Yi Lin Zheng |
|---|---|
| NADIA J. AHMED | YI LIN ZHENG |
| Assistant United States Attorney | Counsel for Defendant |
| Counsel for the United States | |

3